IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES EAKLE, | : |
| Plaintiff | : CIVIL NO. 4:CV-04-2040 |
| v. | : (Judge Jones) |
| TENNIS, Superintendent, et al., | : |
| Defendants | : |

### ORDER

### January 9, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Plaintiff's case was closed on September 16, 2005. However, Plaintiff's Motion to Depose Defendants (doc. 22) was never ruled on.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Depose Defendants (doc. 22), filed on September 20, 2005, is DISMISSED as moot.

/s/ John E. Jones III
John E. Jones III
United States District Judge